UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-<u>  415-SI           </u> |
| v. | INFORMATION |
| JENSINA CHUMLEY, | 18 U.S.C. § 1029(a)(1) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Producing, Using, or Trafficking in a Counterfeit Access Device)**
**(18 U.S.C. § 1029(a)(1))**

Between about September 30, 2021, through on or about October 31, 2021, in the District of Oregon and elsewhere, defendant JENSINA CHUMLEY, knowingly and with intent to defraud, used a counterfeit access device, as defined in section (e)(2), in the form of a fraudulent identification card, said use affecting interstate and foreign commerce;

All in violation of Title 18, United States Code, Section 1029(a)(1) and (c)(1)(B).

Dated: November 23, 2022          Respectfully submitted,

                                                          NATALIE K. WIGHT
                                                          United States Attorney

                                                          /s/ Rachel Sowray
                                                          RACHEL SOWRAY, OSB #095159
                                                          Special Assistant United States Attorney